UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, <br><br>      Plaintiff, <br><br>   v. <br><br> Alexander et al., <br><br>      Defendants. | 25-CV-2106 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

The Complaint in this suit was filed in the Supreme Court of the State of New York, County of New York, on February 18, 2025. *See* ECF No. 1-1. That court allowed Plaintiff to proceed pseudonymously. *See id.* at 18. Now that Defendant has removed the action to this Court, it is governed by the federal procedural rules. *See, e.g.*, *Smith v. Bayer Corp.*, 564 U.S. 299, 304 n.2 (2011) ("[F]ederal rules govern a case that has been removed to federal court.").

Under the Federal Rules of Civil Procedure, "[t]he title of the complaint must name all the parties." Fed. R. Civ. P. 10(a). Accordingly, Plaintiff may not proceed pseudonymously unless Plaintiff seeks and receives permission to do so. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). It is hereby ORDERED that Plaintiff make any such request by **April 1, 2025**. If no such request is made, the Court will dismiss the Complaint.

SO ORDERED.

Dated: March 20, 2025
   New York, New York

                        DALE E. HO
                      United States District Judge