UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, | |
| Plaintiff, | |
| v. | 25-CV-2106 (DEH) |
| Alexander et al., | MEMORANDUM ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

On March 13, 2025, Defendants moved to remove this action from the Supreme Court of the State of New York to the United States District Court for the Southern District of New York on the basis of diversity jurisdiction. *See* ECF No. 1. Since then, the parties have engaged in motions practice; most relevantly, Defendants filed a Motion to Dismiss on March 21, 2025. *See* ECF No. 9. But the Court has recently become aware of two pending appeals before the Second Circuit that raise issues substantially similar to the legal issues presented by Defendants here. *See* Parker v. Alexander, No. 24 Civ 4813, 2025 WL 268436 (S.D.N.Y.), *appeal docketed* No. 25-487 (2d Cir. Feb. 28, 2025); Doe v. Black, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024), *appeal docketed* No. 25-564 (2d Cir. Mar. 11, 2025).

It is hereby ORDERED that the parties shall, **by April 14, 2025**, file a joint letter either requesting this case be stayed pending the Second Circuit's resolution of *Parker* and *Doe* or explaining why this Court should not *sua sponte* stay this case given that the Circuit's decision on the issues of law in *Parker* and *Doe* will be binding on this Court.

SO ORDERED.

Dated: April 7, 2025
      New York, New York

_____
DALE E. HO
United States District Judge