

 **WALDEN MACHT HARAN & WILLIAMS LLP**

250 Vesey Street  
27th Floor  
New York, NY 10281

wmhwlaw.com  
T: 212-335-2030  
F: 212-335-2040

April 8, 2025

**Via ECF**  
Hon. Dale E. Ho  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

    Re:    ***Doe v. Alexander et al.*, Case No. 25-CV-2106**

Dear Judge Ho,

We represent Defendant Tal Alexander in the above-captioned matter. With the consent of Plaintiff and co-Defendant Oren Alexander, we write on behalf of all parties in response to the Court's April 7, 2025 Order and pursuant to Rule 2(a) of the Court's Individual Rules and Practices in Civil Cases. The parties respectfully request a stay of this action and all interim deadlines pending the outcome of the Second Circuit's forthcoming decisions in *Parker v. Tal Alexander et al.*, No. 25-487 and *Doe v. Black*, No. 25-564. The parties agree that the outcome of the *Parker* and *Doe* appeals will likely be dispositive of threshold legal issues in the matter at bar which would otherwise be the subject of immediate motion practice.

The parties also request that any upcoming deadlines to respond to the pending Motion to Dismiss, filed by Defendants on March 21, 2025 (*see* ECF No. 9), and Motion to Remand, filed by Plaintiff on March 31, 2025 (*see* ECF No. 15), be stayed.

Sincerely,

*/s/ Milton L. Williams*  
Milton L. Williams  
*Attorneys for Tal Alexander*

Application GRANTED. This case shall be STAYED pending the Second Circuit's resolution of *Parker v. Alexander* and *Doe v. Black*. The parties shall monitor the Circuit's docket and file a joint status letter within five (5) business days of the resolution of the aforementioned cases proposing next steps in this litigation. That letter shall propose a briefing schedule for the pending Motion to Dismiss and Motion for Remand, if necessary. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 22.

Dated: April 8, 2025  
New York, New York

Dale E. Ho  
United States District Judge